UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TERRELL WENDRICKS,

               Plaintiff,

    v.                                        Case No. 20-cv-1189-pp

ANNA SERRES, RODNEY REETZ,
ALEXANDER CARLSON, LUCY ELFMAN
and AARON WALKER,

               Defendants.

---

## RECRUITMENT ORDER

---

At the court's request, Attorneys Wesley E. Haslam and Brian T. Fahl of Kravit, Hovel & Krawczyk, S.C., have agreed to represent plaintiff Terrell Wendricks on a volunteer basis. The court will set a scheduling conference in the next few days.

The court advises the plaintiff that because it recruited lawyers to represent him, if he receives money in this case—either because it is awarded to him by the judge or a jury or because settles the case—the court may require the plaintiff to reimburse the court for any expenses and/or costs paid by the court to his recruited attorneys. See Regulations Governing the Reimbursement of Expenses in Pro Bono Cases from the District Court Fund (available on the court's website, www.wied.uscourts.gov/pro-bono-fund and copy enclosed).

The court **ORDERS** that a copy of this order will be emailed to Attorney Wesley E. Haslam at weh@kravitlaw.com and Attorney Brian T. Fahl at btf@kravitlaw.com.

The court **ORDERS** that the Clerk of Court add Attorney Wesley E. Haslam and Attorney Brian T. Fahl to the docket as the plaintiff's attorneys.

Dated in Milwaukee, Wisconsin this 21st day of September, 2023.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**