UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRELL WENDRICKS,

              Plaintiff,

v.                                                    Case No. 20-cv-1189-pp

ANNA SERRES, RODNEY REETZ,
ALEXANDER CARLSON, LUCY ELFMAN
and AARON WALKER,

              Defendants.

## VERDICT FORM

We the jury, impaneled and sworn to try the issues in this case, being directed by the court to answer the following questions submitted to us for special verdict, answer as follows:

1

# I. DEFENDANT ANNA SERRES

Question No. 1: Did Anna Serres violate Terrell Wendricks's constitutional rights on August 2, 2018 by using unreasonable force against him?

ANSWER: __NO__ (Yes or No)

*If you answered YES to Question No. 1, proceed to Question No. 2.*

*If you answered NO to Question No. 1, do not answer any more questions as to Defendant Anna Serres.*

Question No. 2: Did Anna Serres cause harm to Terrell Wendricks?

ANSWER: _____ (Yes or No)

*If you answered YES to Question No. 2, proceed to Question No. 3(A).*

*If you answered NO to Question No. 2, proceed to Question No. 3(B).*

Question No. 3(A): Please state the amount of compensatory damages, if any, that will fairly and reasonable compensate Terrell Wendricks for any injuries he actually sustained as a result of the actions of Anna Serres on August 2, 2018.

ANSWER: $_____

*Proceed to Question No. 4.*

Question No. 3(B): Because you answered NO to Question No. 2, then you **must** award Terrell Wendricks one dollar ($1.00) in nominal damages. Enter one dollar ($1.00) in the blank below, then move to Question No. 4.

NOMINAL DAMAGES: $_____

Question No. 4: Was Anna Serres's conduct on August 2, 2018 malicious (accompanied by ill will or spite, or done for the purpose of injuring Terrell Wendricks), or in reckless disregard of Terrell Wendricks's rights (under the

2

circumstances, Anna Serres simply did not care about Terrell Wendricks's rights)?

    ANSWER: _____ (Yes or No)

*If you answered YES to Question No. 4, proceed to Question No. 5.*

*If you answered NO to Question No. 4, do not answer any more questions as to Defendant Anna Serres.*

Question No. 5: What amount of money, if any, do you award as punitive damages?

    ANSWER: $_____

## II. DEFENDANT RODNEY REETZ

Question No. 1: Did Rodney Reetz violate Terrell Wendricks's constitutional rights on August 2, 2018 by using unreasonable force against him?

ANSWER: __No__ (Yes or No)

*If you answered YES to Question No. 1, proceed to Question No. 2.*

*If you answered NO to Question No. 1, do not answer any more questions as to Defendant Rodney Reetz.*

Question No. 2: Did Rodney Reetz cause harm to Terrell Wendricks?

ANSWER: _____ (Yes or No)

*If you answered YES to Question No. 2, proceed to Question No. 3(A).*

*If you answered NO to Question No. 2, proceed to Question No. 3(B).*

Question No. 3(A): Please state the amount of compensatory damages, if any, that will fairly and reasonable compensate Terrell Wendricks for any injuries he actually sustained as a result of the actions of Rodney Reetz on August 2, 2018.

ANSWER: $_____

*Proceed to Question No. 4.*

Question No. 3(B): Because you answered NO to Question No. 2, then you **must** award Terrell Wendricks one dollar ($1.00) in nominal damages. Enter one dollar ($1.00) in the blank below, then move to Question No. 4.

NOMINAL DAMAGES: $_____

Question No. 4: Was Rodney Reetz's conduct on August 2, 2018 malicious (accompanied by ill will or spite, or done for the purpose of injuring Terrell

Wendricks), or in reckless disregard of Terrell Wendricks's rights (under the circumstances, Rodney Reetz simply did not care about Terrell Wendricks's rights)?

   ANSWER: _____ (Yes or No)

*If you answered YES to Question No. 4, proceed to Question No. 5.*

*If you answered NO to Question No. 4, do not answer any more questions as to Defendant Rodney Reetz.*

<u>Question No. 5</u>: What amount of money, if any, do you award as punitive damages?

   ANSWER: $_____

## III. DEFENDANT ALEXANDER CARLSON

Question No. 1: Did Alexander Carlson violate Terrell Wendricks's constitutional rights on August 2, 2018 by using unreasonable force against him?

ANSWER: __Yes__ (Yes or No)

*If you answered YES to Question No. 1, proceed to Question No. 2.*

*If you answered NO to Question No. 1, do not answer any more questions as to Defendant Alexander Carlson.*

Question No. 2: Did Alexander Carlson cause harm to Terrell Wendricks?

ANSWER: __No__ (Yes or No)

*If you answered YES to Question No. 2, proceed to Question No. 3(A).*

*If you answered NO to Question No. 2, proceed to Question No. 3(B).*

Question No. 3(A): Please state the amount of compensatory damages, if any, that will fairly and reasonably compensate Terrell Wendricks for any injuries he actually sustained as a result of the actions of Alexander Carlson on August 2, 2018.

ANSWER: $_____

*Proceed to Question No. 4.*

Question No. 3(B): Because you answered NO to Question No. 2, then you **must** award Terrell Wendricks one dollar ($1.00) in nominal damages. Enter one dollar ($1.00) in the blank below, then move to Question No. 4.

NOMINAL DAMAGES: $__1.00__

Question No. 4: Was Alexander Carlson's conduct on August 2, 2018 malicious (accompanied by ill will or spite, or done for the purpose of injuring Terrell Wendricks), or in reckless disregard of Terrell Wendricks's rights (under the circumstances, Alexander Carlson simply did not care about Terrell Wendricks's rights)?

    ANSWER: __NO__ (Yes or No)

*If you answered YES to Question No. 4, proceed to Question No. 5.*

*If you answered NO to Question No. 4, do not answer any more questions as to Defendant Alexander Carlson.*

Question No. 5: What amount of money, if any, do you award as punitive damages?

    ANSWER: $_____

7

Case 2:20-cv-01189-PP  Filed 08/15/24  Page 7 of 11  Document 125

## IV. DEFENDANT LUCY ELFMAN

<u>Question No. 1</u>: Did Lucy Elfman violate Terrell Wendricks's constitutional rights on August 2, 2018 by using unreasonable force against him?

ANSWER: __Yes__ (Yes or No)

*If you answered YES to Question No. 1, proceed to Question No. 2.*

*If you answered NO to Question No. 1, do not answer any more questions as to Defendant Lucy Elfman.*

<u>Question No. 2</u>: Did Lucy Elfman cause harm to Terrell Wendricks?

ANSWER: __NO__ (Yes or No)

*If you answered YES to Question No. 2, proceed to Question No. 3(A).*

*If you answered NO to Question No. 2, proceed to Question No. 3(B).*

<u>Question No. 3(A)</u>: Please state the amount of compensatory damages, if any, that will fairly and reasonable compensate Terrell Wendricks for any injuries he actually sustained as a result of the actions of Lucy Elfman on August 2, 2018.

ANSWER: $_____

*Proceed to Question No. 4.*

<u>Question No. 3(B)</u>: Because you answered NO to Question No. 2, then you **must** award Terrell Wendricks one dollar ($1.00) in nominal damages. Enter one dollar ($1.00) in the blank below, then move to Question No. 4.

NOMINAL DAMAGES: $__1.00__

<u>Question No. 4</u>: Was Lucy Elfman's conduct on August 2, 2018 malicious (accompanied by ill will or spite, or done for the purpose of injuring Terrell Wendricks), or in reckless disregard of Terrell Wendricks's rights (under the

8

circumstances, Lucy Elfman simply did not care about Terrell Wendricks's rights)?

ANSWER: __NO__ (Yes or No)

*If you answered YES to Question No. 4, proceed to Question No. 5.*

*If you answered NO to Question No. 4, do not answer any more questions as to Defendant Lucy Elfman.*

Question No. 5: What amount of money, if any, do you award as punitive damages?

ANSWER: $_____

## V. DEFENDANT AARON WALKER

Question No. 1: Did Aaron Walker violate Terrell Wendricks's constitutional rights on August 2, 2018 by using unreasonable force against him?

ANSWER: __NO__ (Yes or No)

*If you answered YES to Question No. 1, proceed to Question No. 2.*

*If you answered NO to Question No. 1, do not answer any more questions as to Defendant Aaron Walker.*

Question No. 2: Did Aaron Walker cause harm to Terrell Wendricks?

ANSWER: _____ (Yes or No)

*If you answered YES to Question No. 2, proceed to Question No. 3(A).*

*If you answered NO to Question No. 2, proceed to Question No. 3(B).*

Question No. 3(A): Please state the amount of compensatory damages, if any, that will fairly and reasonable compensate Terrell Wendricks for any injuries he actually sustained as a result of the actions of Aaron Walker on August 2, 2018.

ANSWER: $_____

*Proceed to Question No. 4.*

Question No. 3(B): Because you answered NO to Question No. 2, then you **must** award Terrell Wendricks one dollar ($1.00) in nominal damages. Enter one dollar ($1.00) in the blank below, then move to Question No. 4.

NOMINAL DAMAGES: $_____

Question No. 4: Was Aaron Walker's conduct on August 2, 2018 malicious (accompanied by ill will or spite, or done for the purpose of injuring Terrell

Wendricks), or in reckless disregard of Terrell Wendricks's rights (under the circumstances, Aaron Walker simply did not care about Terrell Wendricks's rights)?

        ANSWER: _____ (Yes or No)

*If you answered YES to Question No. 4, proceed to Question No. 5.*

*If you answered NO to Question No. 4, do not answer any more questions as to Defendant Aaron Walker.*

<u>Question No. 5</u>: What amount of money, if any, do you award as punitive damages?

        ANSWER: $_____

Dated: 08/14/2024

_____
Foreperson Signature

<u>Angela Espada</u>
Foreperson Printed Name