UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TERRELL WENDRICKS,

    Plaintiff,

v.

ANNA SERRES, RODNEY REETZ,
ALEXANDER CARLSON, LUCY ELFMAN
and AARON WALKER,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-1189-pp

---

☑ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

    **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of defendants Serres, Reetz and Walker and against the plaintiff on the plaintiff's claims that those defendants used excessive force against him.

    **THE JURY RETURNED A VERDICT** in favor of defendants Serres, Reetz and Walker and against the plaintiff.

    **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiff and against defendants Carlson and Elfman on the plaintiff's claims that those defendants used excessive force against him.

    **THE JURY RETURNED A VERDICT** in favor of the plaintiff and against defendants Carlson and Elfman. The jury awarded damages to the plaintiff of $1.00 from defendant Carlson and $1.00 from defendant Elfman.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 15th day of August, 2024.

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**