

# ANDREA N. PANOZZO



Andie dedicates her time to finding desirable solutions for clients. Throughout law school, she gained experience as a clerk for a variety of different practice areas including criminal law, insurance law, municipal law, and children's court. Andie is confident that she has the right tools and experience to successfully advocate for each client.

**PHONE:** 414.271.7100, ext. 218     **FAX:** 414.271.8135     **EMAIL:** anp@kravitlaw.com     **DOWNLOAD V-CARD**

## PRACTICE AREAS

- Insurance Litigation
- Commercial Litigation
- Intellectual Property Litigation

## AWARDS & DISTINCTIONS

## BAR ADMISSIONS

- Wisconsin
- U.S. District Court, Eastern District of Wisconsin

## ABOUT ANDIE

## EDUCATION

- Coe College / B.A. Cum Laude, May 2019
- University of Denver / Publishing Certificate, August 2019
- Marquette University / J.D. Cum Laude, May 2023

## ACADEMIC POSITIONS

## PROFESSIONAL MEMBERSHIPS

Case 2:20-cv-01189-PP    Filed 09/20/24    Page 1 of 1    Document 129-1

BAYNARD DECL. EXHIBIT A