

# WESLEY E. HASLAM



Wes is dedicated to working hard for his clients and applying the same principles that led to success in his Coast Guard career toward the success of his clients. With an emphasis on attention to detail and collaboration, Wes will pursue his clients' goals with professionalism and enthusiasm. During Wes's time in the Coast Guard, he held numerous Command positions, including as the Officer-in-Charge of a small boat station, and as the Executive Officer of a Cutter. As such, he has a firm understanding of the importance of preparation, organization, and execution—traits he looks forward to bringing to your next case.

**PHONE:** 414.271.7100, ext. 265  **FAX:** 414.271.8135  **EMAIL:** weh@kravitlaw.com  **DOWNLOAD V-CARD**

## PRACTICE AREAS
- Commercial Litigation

## BAR ADMISSIONS
- Wisconsin
- U.S. District Court, Eastern District of Wisconsin

## ABOUT WES

## EDUCATION
- Marquette University / J.D. cum laude
- University of Alaska SE / B.A.

## ACADEMIC POSITIONS

## PROFESSIONAL MEMBERSHIPS