

# BRIAN T. FAHL



Brian finds creative solutions for clients who find themselves in unwanted situations. He has extensive experience helping clients charged with crimes or facing aggressive civil litigation. He combines an extensive motions practice with level headed negotiation skills to leverage favorable settlements for his clients. And when a case cannot be settled, Brian is an experienced trial lawyer. Brian is also a well-regarded appellate lawyer who teaches appellate advocacy as an adjunct professor at Marquette University Law School. Brian has handled appeals in both state and federal court including cases before the Wisconsin Supreme Court and the United States Supreme Court.

**PHONE:** 414.271.7100, ext. 118  **FAX:** 414.271.8135  **EMAIL:** btf@kravitlaw.com  **DOWNLOAD V-CARD**

## PRACTICE AREAS

- Administrative, Licensing, and Regulatory Matters
- Appellate Practice
- Business and Commercial Litigation
- Employment Law
- Environmental Litigation
- Intellectual Property Litigation
- White Collar Criminal Defense

EXPERIENCE SUMMARY

AWARDS & DISTINCTIONS

PUBLISHED WORKS & PRESENTATIONS

REPORTED DECISIONS

BAR ADMISSIONS

## EDUCATION

- Rutgers University School of Law / J.D., 2002
- University of Wisconsin-Milwaukee / B.A., 1993
- Marquette University High School / 1988

ACADEMIC POSITIONS

PROFESSIONAL MEMBERSHIPS

PROFESSIONAL POSITIONS

COMMUNITY INVOLVEMENT