

# PRACTICE AREAS

- ADA COMPLIANCE +
- ADMINISTRATIVE, LICENSING, AND REGULATORY MATTERS +
- ANIMAL LAW +
- APPELLATE PRACTICE +
- BUSINESS AND COMMERCIAL LITIGATION +
- CLASS ACTION LITIGATION +
- DEBTOR-CREDITOR AND LENDER LIABILITY +
- DEFAMATION +
- EMPLOYMENT LAW +
- ENVIRONMENTAL LITIGATION +
- FRANCHISE AND DEALERSHIP LITIGATION +
- INSURANCE LITIGATION +
- INTELLECTUAL PROPERTY LITIGATION +
- PRODUCTS LIABILITY +
- PROFESSIONAL MALPRACTICE +
- SECURITIES LITIGATION +
- SHAREHOLDER AND PARTNERSHIP LITIGATION +
- TRUST AND ESTATE LITIGATION +
- WHITE COLLAR CRIMINAL DEFENSE +