| From: | Jasmyne M. Baynard |
|---|---|
| To: | Wesley E. Haslam |
| Subject: | RE: Expert |
| Date: | Wednesday, July 31, 2024 11:36:42 AM |

Sorry I missed your call, I was on a teams meeting.

I am fine with the trial dep as long as its at your expense.
I am out of the office noon tomorrow and Friday (but available by phone/email)
Next Monday I have trial prep with one of the GB Officers as well.

Let me know as soon as you learn anything because we're going to have to move quickly.

Jasmyne M. Baynard
**WIRTH + BAYNARD**
9898 W. Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226

**From:** Wesley E. Haslam <weh@kravitlaw.com>
**Sent:** Wednesday, July 31, 2024 10:06 AM
**To:** Jasmyne M. Baynard <jmb@wbattys.com>
**Subject:** Expert

> External (weh@kravitlaw.com)
>
> Report This Email   FAQ   Skout Email Protection

Jasmyne,

We will be able to speak with our expert at 4PM today and see if she can do a trial dep. The client is ok with it, and I appreciate your flexibility. As soon as we know our options, we'll let you know.

--Wes

_____

**Wesley E. Haslam**

**KRAVIT ▪ HOVEL & KRAWCZYK, s.c.**
825 N. Jefferson, Milwaukee, WI 53202-3737
**414-271-7100** x265   |   fax 414-271-8135
weh@kravitlaw.com   |   www.kravitlaw.com

*The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney/client or attorney work product communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient: (1) You are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited; (2) Please delete this email and destroy any copy. Thank you.*

_____