# WENDRICKS v. ANNA SERRES, et al., Eastern District Case No. 20-CV-1189
## Attorney's Fee Breakdown Chart

| | |
|---|---|
| Case Review/General Communications with Client/Counsel [65.6 hrs – Pltfs' reduced 2.7 hrs] | **62.9 Hours** |
| Intraoffice Communications [76.35 hrs – Pltfs' reduced 29 Hrs] | **47.35 Hours** |
| Deposition of Client *(Deposition 2 hrs / **Prep 23.2 hrs** / No Travel)* [25.2 hrs – Pltfs' reduced .4 hrs]<br>▪ Wendricks 02/02/24 (10:00 – 12:00) | **24.8 Hours** |
| Deposition of Officer Defendants *(Depositions 16 hrs / **Prep 42.5 hrs** / Travel 16 hrs)*<br>[67.4 hrs – Pltfs' reduced 10 hrs as duplicative]<br>Two Attorneys billed **10 hrs** each on 02/08 (4 hours travel and 6 hours depositions)<br>1. Officer Algers 02/08/24 (9:03 – 10:29)  1.6 hours<br>2. Officer Elfman 02/08/24 (11:38 – 1:25)  1.8 hours<br>3. Officer Reetz  02/08/24 (1:58 – 2:49)   .9 hours (9am – 3pm = 6 hours)<br><br>Two Attorneys billed **8 hrs** each on 02/09 (4 hours travel and 4 hours depositions – wrote off 8 hours as duplicative)<br>4. Officer Walker 02/09/24 (9:00 – 10:34)  1.6 hours<br>5. Officer Carlson 02/09/24 (11:17 – 12:26) 1.2 hours (9am – 12:30 pm = 3.5 hours) | **57.4 Hours** |
| Deposition of Expert *(Discovery Dep 1.0 hrs / **Prep 17.8 hrs** & Trial Dep 2.5 / **Prep 16.7 hrs**)*<br>▪ Tina Houston Discovery Dep 08/08/24 (12:16 – 12:52) .7 hrs<br>▪ Tina Houston Trial Dep 08/09/24 (1:46 – 3:56) 2.2 hrs | **38.0 Hours** |
| Expert Communications/Report | **30.1 Hours** |
| Motion to Strike Defendants' Experts *(Moving Brief 19.2 hours / Reply Brief 12.9 hours)* | **32.1 Hours** |
| Trial Preparation<br>▪ *Jury Instructions/Special Verdict/Voir Dire – 4.6 hours*<br>▪ *Motions in Limine – 68.4 hours*<br>▪ *Other – 113.6 hours* | **186.6 Hours** |
| Court Appearances [15.3 hrs – Pltfs' reduced 4.5 hrs as duplicative and .8 research] | **10.0 Hours** |
| Trial (3 days – 2 Attorneys) [55 hrs – Pltfs' reduced 2.5 hrs waiting for verdict] | **52.5 Hours** |
| Discussions with Court/Motions for Cost Reimbursement [12.9 hrs – Pltfs' reduced .1 hrs] | **12.8 Hours** |

| DATE | TIME KEEPER | HOURS | CHARGE | TASK |
|---|---|---|---|---|
| 9/20/2023 | 36 | .1 | 0.0 | Signed up for pro bono case, sent e-mail to Eastern District of Wisconsin pro bono staff attorney. *(No Charge)* |
| 9/21/2023 | 24 | .2 | 85.0 | Review recruitment order; review docket. |
| 9/22/2023 | 36 | .6 | 132.0 | "Spoke with Eastern District of Wisconsin clerk, read through documents, discussed plan with Brian T. Fahl." |
| 9/26/2023 | 36 | .4 | 88.0 | Wrote letter to client, sent out conflicts check. |
| 9/26/2023 | 24 | .3 | 127.5 | Review letter to Wendricks in care of his State probation officer. |
| 10/2/2023 | 36 | .3 | 66.0 | Spoke with client, discussed expectations, rough timeframe, etc. |
| 10/3/2023 | 36 | .2 | 44.0 | E-mail correspondence to client. |

BARNARD DECL. EXHIBIT F

| Date | | | | |
|---|---|---|---|---|
| 10/5/2023 | 36 | 3.0 | 660.0 | Read case file prepared by Erin E. Kandziora; reviewed prior excessive use of force case in firm's files; began list for what documents will be needed and what questions we will ask. |
| 10/11/2023 | 36 | .3 | 66.0 | Discussion with client over phone, set up dropbox for him to upload discovery materials. |
| 10/23/2023 | 36 | 2.5 | 550.0 | Reviewed records client provided; read summary judgment, complaint, response. |
| 10/24/2023 | 36 | 2.5 | 550.0 | "Continued review of client's case files; need to request more information, seems like discovery documents may be missing, e-mailed client." |
| 10/25/2023 | 36 | 1.5 | 330.0 | "Review of documents, e-mail correspondence to client scheduling visit, discussion with Brian T. Fahl concerning scheduling." |
| 10/30/2023 | 24 | .3 | 127.5 | "E-mail correspondence and meeting with Wesley E. Haslam to discuss timing for meeting with Wendricks." |
| 10/30/2023 | 35 | .2 | 44.0 | "Review and revise notice of appearance and have same filed with the court; conference with with Wesley E. Haslam to discuss case and possible meeting with client next week. |
| 11/1/2023 | 24 | 1.8 | 765.0 | Review docket and summary judgment briefing and order in preparation for meeting with client. |
| 11/6/2023 | 24 | .2 | 85.0 | "E-mail correspondence and phone call to Federal Defender Services to allow us use of conference room to meet with client." |
| 11/7/2023 | 35 | 4.8 | 1056.0 | Review entire file to assess what other documents needed and prepare for client meeting. |
| 11/7/2023 | 36 | 2.8 | 616.0 | "Reviewed files, prepared for meeting with client, discussions with Brian T. Fahl and Andrea N. Panozzo concerning strategy, what we need, and how much time we have." |
| 11/8/2023 | 24 | 5.0 | 2125.0 | Travel to Green Bay and back; meet with Client with Andrea N. Panozzo and Wesley E. Haslam. *(Reduced by .6 hours)* |
| 11/8/2023 | 35 | 5.0 | 1100.0 | "Drive time there back to Green Bay (4 hours); meeting with client to discuss case, introduce selves, and discuss next steps (1 hour)." |
| 11/8/2023 | 36 | 5.0 | 1100.0 | Traveled to Green Bay to meet with client, returned and made outline for next tasks. |
| 11/8/2023 | 36 | 2.2 | 484.0 | "Conducted research on excessive use of force involving tasers in Wisconsin and 7th Circuit; found cases that cut both ways, learned that violations of police procedures does not make conduct unreasonable." |
| 11/14/2023 | 35 | .6 | 132.0 | "Locate previous criminal attorney so that we can contact and obtain file; begin looking through documents to locate hospital and doctor that saw him to get medical records and see if they have any photos of injuries." |
| 11/14/2023 | 36 | .5 | 110.0 | "Reviewed discovery documents we have and created list for what we need prior to status conference on the November 20th." |
| 11/15/2023 | 36 | .6 | 132.0 | "E-mail correspondence to opposing counsel, discussion with Andrea N. Panozzo, and brief review of documents we still need to obtain." |
| 11/16/2023 | 24 | 2.1 | 0.0 | "Review summary judgment briefing, review prior use of force expert report; research excessive force standards." *(No Charge)* |
| 11/20/2023 | 24 | 1.3 | 212.5 | "Legal research regarding prior use of force expert and jury instructions from Alvarado case; Attend Status conference in Wendricks." *Only charge for .5 (reduced from 552.5 to 212.5)* |
| 11/20/2023 | 35 | .8 | 176.0 | "Preparation for and attendance at telephonic status conference in Judge Pepper court; discuss matter and next steps with Wesley E. Haslam and Brian T. Fahl." |

# WENDRICKS v. ANNA SERRES, et al., Eastern District Case No. 20-CV-1189
## Attorney's Fee Breakdown Chart

| Date | | | | Description |
|---|---|---|---|---|
| 11/20/2023 | 36 | 1.0 | 220.0 | "Attendance at status conference; next conference set for 12/19; debrief with Brian T. Fahl and Andrea N. Panozzo on next steps and timeline." |
| 11/20/2023 | 36 | .5 | 110.0 | Spoke with opposing counsel about access to discovery documents; scheduling, and expert witnesses; discussion with Andrea N. Panozzo and Brian T. Fahl concerning experts and depositions. |
| 11/20/2023 | 36 | .5 | 110.0 | Use of force expert research, reviewed 7th Circuit case law and expert report from prior case. |
| 11/27/2023 | 35 | .7 | 154.0 | "Telephone conference with Tina Houston regarding use of force expert for case; look into reimbursement rules in pro bono cases and process; research law surrounding depositions entering into trial for the officer that may be deployed; send e-mail correspondence with all information to Brian T. Fahl and Wesley E. Haslam." |
| 12/4/2023 | 24 | .9 | 0.0 | Correspondence with Andrea N. Panozzo regarding expert expenses in Pro Bono cases. *(No Charge)* |
| 12/4/2023 | 35 | .5 | 110.0 | "Review materials that could be sent to use of force expert; send internal e-mail correspondence about conversation with use of force expert and any special process to hire her; e-mail correspondence to expert and ask if she can provide an estimate for services because we will have to ask for court permission if over $1k." |
| 12/6/2023 | 35 | 1.0 | 220.0 | "Draft motions for approval for expert on use of force to eventually file with the court for payment reimbursement." |
| 12/7/2023 | 35 | .5 | 110.0 | Finish drafting motions and send to Brian T. Fahl and Wesley E. Haslam. |
| 12/14/2023 | 35 | .3 | 66.0 | "Conference with Wesley E. Haslam to discuss matter and upcoming status conference; put together medical authorization form to be signed by client and then send to opposing counsel for medical records." |
| 12/15/2023 | 24 | .6 | 255.0 | Review and edit motion for expenses in pro bono case. |
| 12/15/2023 | 35 | .3 | 66.0 | Conference to discuss deposition dates and fill out reimbursement form for expert. |
| 12/18/2023 | 24 | .4 | 0.0 | Correspondence regarding scheduling of depositions. *(No Charge)* |
| 12/18/2023 | 35 | .5 | 110.0 | "Conference with Wesley E. Haslam to discuss tomorrow's status conference; finalize deposition date for client and discuss other dates for officers." |
| 12/18/2023 | 36 | .2 | 44.0 | "Schedule depositions with opposing counsel; discussion with Andrea N. Panozzo; e-mail correspondence with client setting up date for January 29th." |
| 12/19/2023 | 24 | .3 | 127.5 | Telephone call with Wesley E. Haslam regarding scheduling conference. |
| 12/19/2023 | 35 | .7 | 154.0 | Preparation for status conference; attend phone status conference. |
| 12/19/2023 | 36 | .6 | 132.0 | Attendance at status conference. |
| 12/19/2023 | 36 | .3 | 66.0 | Discussion with opposing counsel concerning deposition dates, trial dates and times. |
| 12/19/2023 | 36 | 2.0 | 440.0 | "Reviewed expert report from prior case, attempt to schedule depositions for 5 officers and Terrell Wendricks." |
| 12/27/2023 | 24 | .3 | 127.5 | Correspondence regarding the scheduling of depositions. |
| 12/27/2023 | 36 | .5 | 110.0 | "Discussion with opposing counsel about scheduling depositions, relayed information to Wendricks team and coordinated days to go to Green Bay." |
| 1/3/2024 | 24 | .5 | 220.0 | E-mail correspondence regarding scheduling depositions. |
| 1/11/2024 | 36 | 2.6 | 715.0 | Preparation of questions for Plaintiff's deposition. |

BARNARD DECL. EXHIBIT F

| Date | | | | Description |
|---|---|---|---|---|
| 1/16/2024 | 35 | .3 | 82.5 | "Conference with Wesley E. Haslam to discuss what needs to be done in case; telephone call and leave voicemail to Tina Housten regarding expert opinion." |
| 1/18/2024 | 36 | .4 | 110.0 | Set up time with client for deposition preparation; reviewed documents. |
| 1/19/2024 | 36 | .4 | 110.0 | Scheduling depositions with team and client. |
| 1/23/2024 | 36 | 3.2 | 880.0 | Prepared questions for deposition for officers and for client's prep session tomorrow. |
| 1/24/2024 | 35 | 1.4 | 385.0 | Zoom meeting with client for deposition preparation; discuss case with Wesley E. Haslam and Brian T. Fahl; telephone call with expert regarding status of depositions and will be sending her materials. |
| 1/24/2024 | 36 | 3.3 | 907.5 | "Met with client for deposition prep; discussed deposition times and dates with team, client, and with opposing counsel." |
| 1/29/2024 | 35 | .5 | 137.5 | Begin putting together documents to send to expert. |
| 1/29/2024 | 36 | 2.5 | 687.5 | "Reviewed audio files for dissemination to expert; reviewed deposition procedures via secondary source for deposition on Friday." |
| 1/30/2024 | 35 | .5 | 137.5 | "Look through documents to ensure it has all necessary information to send to expert; e-mail correspondence to Kimberly S. Vitrano for help putting documents into link to send to expert; send link to expert along with case information." |
| 1/30/2024 | 36 | 1.5 | 412.5 | Reviewed deposition procedures for Terrell Wendricks' deposition on Friday. |
| 1/30/2024 | 56 | .4 | 90.0 | Preparation of link with documents and audio files for expert review; e-mail correspondence to and from Andrea N. Panozzo regarding same. |
| 1/31/2024 | 24 | .3 | 132.0 | "Conference with Wesley E. Haslam discussing deposition prep, e.g., proper bases for objections, types of follow-up questions, etc." |
| 1/31/2024 | 36 | 2.3 | 632.5 | "Prepared for deposition through review of record and review of deposition procedures via secondary source; corresponded with opposing counsel; Erin E. Kandziora prepared Notices, sent to opposing counsel and received confirmation they would be forwarded." |
| 1/31/2024 | 61 | .5 | 100.0 | Prepare drafts of Notices of Deposition for Anna Algers, Lucy Elfman, Rodney Reetz, Aaron Walker and Alexzander Carlson; e-mail correspondence with Wesley E. Haslam regarding notices. |
| 2/1/2024 | 35 | 2.5 | 687.5 | "Conference with Wesley E. Haslam to discuss case regarding deposition tomorrow and officers' deposition next week; review file in preparation for client deposition tomorrow." |
| 2/1/2024 | 36 | 1.2 | 330.0 | Deposition preparation with client; reviewed materials for deposition tomorrow. |
| 2/2/2024 | 35 | 2.0 | 550.0 | Represent client during deposition. |
| 2/2/2024 | 36 | 2.5 | 687.5 | discussed documents and recordings with opposing counsel; debriefed client; discussed upcoming officer depositions with Andrea N. Panozzo and Brian T. Fahl. ***"(removed deposition--2 hrs, $550. Kept post deposition actions)"*** |
| 2/5/2024 | 24 | .8 | 352.0 | "Conference with Wesley E. Haslam to discuss health records and e-mail correspondence regarding the same; discuss deposition prep." |
| 2/5/2024 | 36 | 4.5 | 1237.5 | "Prepared to depose officers; compiled all police reports and organized by officer; began preparing questions." |
| 2/6/2024 | 35 | 4.0 | 1100.0 | Review documents and outline for officers' depositions. |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 2/6/2024 | 36 | 4.0 | 1100.0 | Preparation for officer depositions, discussed with Andrea N. Panozzo; reviewed case file. |
| 2/7/2024 | 24 | .9 | 396.0 | "Review correspondence with excessive force expert; discuss depositions with Wesley E. Haslam and Andrea N. Panozzo." |
| 2/7/2024 | 35 | 2.0 | 550.0 | Continue preparation for officers' depositions. |
| 2/7/2024 | 36 | 4.5 | 1237.5 | Reviewed audio of altercation with police; created timeline to ask defendants questions during depositions; prepared police reports; prepared further questions; met with Andrea N. Panozzo and discussed gameplan; corresponded with opposing counsel concerning the use of the audio. |
| 2/8/2024 | 35 | 10.0 | 2750.0 | Drive time to Green Bay; depose Officers Serres, Elfman, and Reetz. |
| 2/8/2024 | 36 | 10.0 | 2750.0 | Travel to Green Bay (4 hours round trip); took depositions of three defendants. |
| 2/9/2024 | 35 | 8.0 | 2200.0 | Drive time to Green Bay; depose Officers Carlson and Walker. |
| 2/9/2024 | 36 | 8.0 | 0.0 | Travel to Green Bay (4 hrs round trip); took depositions of Carlson and Walker. *(Removed as duplicative)* |
| 2/12/2024 | 36 | 2.0 | 550.0 | Reviewed all documents because it was clear at depositions that opposing counsel had documents we did not have; reviewed documents sent by Terrell Wendricks' prior criminal attorney. |
| 2/13/2024 | 24 | .7 | 308.0 | Review correspondence between Wesley E. Haslam and defense counsel. |
| 2/13/2024 | 36 | 2.2 | 605.0 | "Review journal article concerning excessive use of force and the relevance/admissibility of policy in trial; [removed for work product]" |
| 2/15/2024 | 36 | .9 | 247.5 | "Briefed client on depositions of defendants; inquired about recording client had on telephone and other evidence he had mentioned; discussed procedures on expert report and testimony with Andrea N. Panozzo and Brian T. Fahl." |
| 2/16/2024 | 36 | .6 | 165.0 | Reviewed deposition transcripts received in e-mail correspondence. |
| 2/19/2024 | 24 | 3.2 | 1408.0 | Review documents for use of force expert. |
| 2/19/2024 | 35 | .4 | 110.0 | "Reviewed transcripts received from depositions, sent to expert for her review and date that we have to disclose her report." |
| 2/20/2024 | 24 | 1.6 | 704.0 | Review Wendricks deposition transcript; review use of force sheet and full police report. |
| 2/20/2024 | 35 | 1.0 | 275.0 | "E-mail correspondence with expert and sending taser documents; discuss with Wesley E. Haslam to make sure that the taser documents we have are the correct documents; send to expert additional transcripts from depositions and use of force documents that indicate which taser belonged to each officer." |
| 2/20/2024 | 36 | 2.3 | 632.5 | Review transcripts from depositions. |
| 2/21/2024 | 24 | .6 | 264.0 | Review officer taser reports. |
| 2/22/2024 | 24 | 1.3 | 572.0 | Review Green Bay Use of Force Policy. |
| 2/23/2024 | 35 | .3 | 82.5 | Correspondence with expert - sent Green Bay use of force policy. |
| 2/28/2024 | 35 | .3 | 82.5 | E-mail correspondence with expert regarding court's understanding of facts and issues. |
| 2/29/2024 | 36 | 1.2 | 330.0 | "Reviewed taser reports; searched web for information about the clicking sound to verify Officer Carlson's assertion that the sound means the taser is not as effective." |
| 3/4/2024 | 24 | 1.2 | 528.0 | Review use of force expert opinion. |

BARNARD DECL. EXHIBIT F

# WENDRICKS v. ANNA SERRES, et al., Eastern District Case No. 20-CV-1189
## Attorney's Fee Breakdown Chart

| Date | Code | Hours | Amount | Description |
|---|---|---|---|---|
| 3/4/2024 | 36 | 3.2 | 880.0 | Read Officers' deposition transcripts. |
| 3/5/2024 | 24 | .6 | 264.0 | Conference regarding expert report. |
| 3/5/2024 | 35 | 2.5 | 687.5 | "Reviewed expert report and discussed with Wesley E. Haslam; discuss with Wesley E. Haslam and Brian T. Fahl [removed for work product]" |
| 3/5/2024 | 36 | 2.5 | 687.5 | Read expert report; discussed with Andrea N. Panozzo. |
| 3/6/2024 | 35 | 1.1 | 302.5 | Telephone conference with expert to talk regarding draft report. |
| 3/6/2024 | 36 | 2.0 | 550.0 | "Telephone call with expert witness going over her report, read remainder of Alexander Carlson deposition transcript, reviewed Anna Serres transcript." |
| 3/8/2024 | 35 | .9 | 247.5 | Review expert report; discuss with Wesley E. Haslam and Brian T. Fahl for disclosure requirements. |
| 3/8/2024 | 36 | 2.2 | 605.0 | "Reviewed expert report, suggested cosmetic changes and spoke with expert; read corrected report and sent to opposing counsel." |
| 3/12/2024 | 24 | .2 | 88.0 | Review letter from defense requesting expert. |
| 3/14/2024 | 24 | .6 | 264.0 | Review reimbursement request. |
| 3/14/2024 | 35 | 1.5 | 412.5 | Edit and file reimbursement motion for expert. |
| 3/14/2024 | 36 | .2 | 55.0 | Conference regarding expert's CV |
| 3/20/2024 | 36 | .7 | 192.5 | Reviewed documents sent by opposing counsel, downloaded everything from dropbox; addressed response from opposing counsel on recording Terrell Wendricks testified to during depositions. |
| 3/22/2024 | 36 | .1 | 27.5 | E-mail correspondence and telephone call to client requesting documents. |
| 3/25/2024 | 36 | .2 | 55.0 | Telephone conference with client to discuss missing recording that opposing counsel is requesting and documents he was supposed to produce for us; informed client about expert report. |
| 3/27/2024 | 35 | .8 | 220.0 | "Look through documents sent to expert and pinpoint which ones we did not provide; send e-mail correspondence to expert asking for those documents." |
| 3/27/2024 | 36 | .1 | 27.5 | "Reviewed expert e-mail correspondence and opposing counsel request for documents used by expert in report." |
| 3/28/2024 | 35 | .8 | 220.0 | "Correspondence with opposing counsel re: materials experts used; e-mail correspondence to expert and discussion with Wesley E. Haslam." |
| 3/28/2024 | 36 | .3 | 82.5 | "Conference regarding requests for documents used by our expert by opposing counsel with Andrea N. Panozzo; review." |
| 4/4/2024 | 24 | .6 | 264.0 | Review court order on expense motions. |
| 4/8/2024 | 36 | 1.0 | 275.0 | Reviewed items still needed from client; asked client again to send information; began collating depositions and pinpointing what facts are consistent and which are not; sent invoices to accounting for payment, pulled up Wisconsin Eastern District payment forms and filled out, did not submit yet (have until 60 days after case ends, but will submit sometime in the next week or so). |
| 4/9/2024 | 36 | .5 | 137.5 | Reviewed billing from transcripts and discussed with accounting; pulled reimbursement forms from Eastern District of Wisconsin website; filled out known portions and reviewed local rules. |

BARNARD DECL. EXHIBIT F

***WENDRICKS v. ANNA SERRES, et al.*, Eastern District Case No. 20-CV-1189**
**Attorney's Fee Breakdown Chart**

| Date | | | | Description |
|---|---|---|---|---|
| 4/10/2024 | 36 | .1 | 27.5 | "Review timelines and requested information from client; have been asking for certain items for months and have not received anything." |
| 4/15/2024 | 36 | .6 | 165.0 | "Completed forms for reimbursement; telephone call with Cream City Reporting to see what was still owed and get refund for late penalties." |
| 4/30/2024 | 24 | .8 | 352.0 | Review expert disclosures discuss with Andrea N. Panozzo. |
| 4/30/2024 | 35 | .3 | 82.5 | Review expert disclosure from opposing counsel. |
| 5/1/2024 | 24 | .6 | 264.0 | Conference regarding non-retained experts with Wesley E. Haslam and whether to object. |
| 5/1/2024 | 35 | .5 | 137.5 | "Conference with Wesley E. Haslam to discuss expert disclosure and whether the non-retained no report experts are allowed." |
| 5/1/2024 | 36 | 3.1 | 852.5 | Research on expert witnesses regarding required reports, non-retained experts, hybrid experts, federal rules; e-mail correspondence to opposing counsel informing them that I would be objecting to their use of non-reporting witnesses unless they could show some factual nexus with the case. |
| 5/2/2024 | 36 | 1.0 | 275.0 | "Reviewed own expert's report, will use as basis for arguing that we are prejudiced by the opposing counsel using experts disguised as hybrid witnesses to avoid the cost and disclosure of a proper expert report; discussed with Andrea N. Panozzo." |
| 5/6/2024 | 24 | .6 | 264.0 | "Review e-mail correspondence with Tina Houston regarding testifying and e-mail correspondence with defense counsel regarding experts." |
| 5/6/2024 | 35 | 1.0 | 275.0 | Conference with Wesley E. Haslam to discuss case and experts. |
| 5/6/2024 | 36 | 3.2 | 880.0 | Reviewed court schedule; e-mail correspondence to opposing counsel to inform them that I would be objecting to their non-retained experts; pulled case law that supported the position that only non-retained experts that participated in the relevant events may avoid the expert report; forwarded information to opposing counsel along with request to explain their experts' association with the case, discussed with other attorney's briefly, continued to research Rule 26 disclosures; confident in objection and will give opposing side a few days to respond before filing objection. |
| 5/7/2024 | 36 | .3 | 82.5 | "Andrea N. Panozzo received quote from expert for testimony, discussed and reviewed possibility of getting more reimbursement from court." |
| 5/9/2024 | 36 | .3 | 82.5 | "Reviewed Rules of evidence in preparation for trial, refreshed knowledge on admissibility of certain lines of questioning (e.g., hypotheticals to lay witnesses)." |
| 5/15/2024 | 35 | .2 | 55.0 | "Conference with Wesley E. Haslam and objection to opposing counsel's experts and expert disclosure - will review the objection." |
| 5/15/2024 | 36 | 4.4 | 1210.0 | Worked on motion to strike expert witnesses; pulled case law; completed outline and most of brief. |
| 5/17/2024 | 35 | .3 | 82.5 | Conference with Wesley E. Haslam to discuss case and upcoming trial. |
| 5/20/2024 | 36 | .8 | 220.0 | Worked on motion to strike, added section on language. |
| 5/24/2024 | 36 | 1.0 | 275.0 | Worked on drafting brief in support of motion to strike experts. |
| 5/28/2024 | 24 | 1.6 | 704.0 | Review and revise brief in support of motion to strike. |
| 5/28/2024 | 35 | .6 | 165.0 | Reviewed objection to experts draft; discuss with Wesley E. Haslam. |

BARNARD DECL. EXHIBIT F

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 5/28/2024 | 36 | 3.8 | 1045.0 | "Completed draft of brief in support of motion to strike experts; discussed with Andrea N. Panozzo; discussed with Brian T. Fahl; revised." |
| 5/29/2024 | 36 | 1.9 | 522.5 | "Revised and edited brief and motion to strike; sent to Erin E. Kandziora to file; discussion with Andrea N. Panozzo concerning motions in limine; discussion with Brian T. Fahl concerning edits I made to motion to strike." |
| 5/31/2024 | 36 | .4 | 110.0 | Review motion to strike in anticipation of response from opposing counsel. |
| 6/19/2024 | 36 | 1.5 | 412.5 | Reviewed response brief from opposing party; began drafting reply. |
| 6/20/2024 | 35 | .9 | 247.5 | "Conference with Wesley E. Haslam to discuss reply from opposing counsel and to dos on case as we approach trial." |
| 6/20/2024 | 36 | 6.0 | 1650.0 | "Reviewed response brief by defense counsel; began drafting reply brief; discussion with Brian T. Fahl and Andrea N. Panozzo concerning case; telephone conversation with defense counsel regarding lost recording and other pretrial matters." |
| 6/21/2024 | 36 | 1.6 | 440.0 | "Review of documents sent by opposing counsel; telephone discussion concerning spoilation of evidence with prior counsel; discussion with client informing him of opposition's stance on lost recording; worked on reply brief." |
| 6/24/2024 | 24 | 1.8 | 792.0 | Review and revise reply brief in support of motion to strike expert witnesses. |
| 6/24/2024 | 36 | 5.0 | 1375.0 | "Draft reply brief; discussed settlement numbers with client; discussed motions in limine with Brian T. Fahl; reviewed jury instructions provided by opposing counsel." |
| 6/25/2024 | 24 | 1.3 | 572.0 | Review defendants proposed jury instructions, special verdict and motions in limine. |
| 6/26/2024 | 36 | 2.1 | 660.0 | "Received jury instructions, pretrial report, and motions in limine from opposing counsel; reviewed all and discussed with Brian T. Fahl; completed draft of reply brief; reviewed past jury instructions and motions in limine for other excessive use of force cases." |
| 7/2/2024 | 36 | 2.5 | 687.5 | "Reviewed jury instructions, special verdict form, motions in limine; discussed with Brian T. Fahl; prepared notes for meeting with opposing counsel." |
| 7/5/2024 | 36 | .4 | 110.0 | Review oppositions motions in limine. |
| 7/8/2024 | 24 | .5 | 220.0 | Conference regarding attempting to get expert funds from court for expert testimony. |
| 7/8/2024 | 35 | .8 | 220.0 | "Conference with Wesley E. Haslam and got updates on the case regarding motions in limine, upcoming trial, talk with client, and talks with opposing counsel." |
| 7/8/2024 | 36 | 6.0 | 1650.0 | Draft motions in limine, discussion concerning pretrial report, witness and exhibit lists and stipulations. |
| 7/9/2024 | 35 | .4 | 110.0 | Discussed expert issue and not having enough money to pay for testimony with Brian T. Fahl; said we should submit a sealed motion and ask for more - also sent e-mail correspondence to expert and made sure she is free all the days of trial currently. Sent an e-mail correspondence to previous associate at firm that used this expert to set up a call and ask how she was on the stand. |
| 7/9/2024 | 36 | 5.4 | 1485.0 | Draft motion in limine for admissibility of prior criminal record including some charges arising from the evening of the incident. |

BARNARD DECL. EXHIBIT F

| Date | | | | Description |
|---|---|---|---|---|
| 7/10/2024 | 35 | .4 | 110.0 | "Read through the rules for reimbursement on pro bono cases to consider as part of motion to request additional funds." |
| 7/11/2024 | 24 | .8 | 352.0 | Review Wesley E. Haslam draft motions in limine and suggest edits. |
| 7/11/2024 | 35 | 1.3 | 357.5 | Review motion in limine to be filed today and review opposing side draft motion in limine; *meeting with previous associate who had also hired Tina Houston for advice on testimony and how she was on stand*; discuss matter with Wesley E. Haslam; review motion in limine filed by opposing counsel. |
| 7/11/2024 | 36 | 5.7 | 1567.5 | Work on motions in limine, pretrial issues, discussion with opposing counsel. |
| 7/12/2024 | 35 | 2.0 | 550.0 | Draft motion to ask court for additional expenses to be granted for testimony by expert; reviewed rules; sent to Brian T. Fahl and Wesley E. Haslam for edits; made edits and filed. |
| 7/15/2024 | 35 | 1.2 | 330.0 | "Reviewed the motions in limine and took notes of things we should contest; e-mail correspondence to Wesley E. Haslam with thoughts on responses." |
| 7/15/2024 | 36 | 5.4 | 1485.0 | Work on response to opposition's Motions in Limine. |
| 7/16/2024 | 36 | 4.3 | 1182.5 | Work on responses to oppositions motions in limine; discussion concerning pretrial matters. |
| 7/17/2024 | 35 | 1.4 | 385.0 | "Reviewed jury instructions, draft pretrial report, researched voir dire questions and draft and send to Wesley E. Haslam, telephone call with Wesley E. Haslam." |
| 7/17/2024 | 36 | 6.0 | 1650.0 | Finalize responses to opposing party's motions in limine; worked on pretrial report; discussion with opposing counsel; completed witness and exhibit list. |
| 7/18/2024 | 35 | 7.5 | 2062.5 | Research and draft response to expert motions in limine; review all other filings. |
| 7/18/2024 | 36 | 7.2 | 1980.0 | Finalize all motions in limine responses, pretrial report and all attachments including jury instructions, stipulations, etc. |
| 7/19/2024 | 36 | .5 | 137.5 | Discussion with client; discussion with Andrea N. Panozzo and Brian T. Fahl concerning next steps. |
| 7/22/2024 | 35 | .5 | 137.5 | "Conference with Wesley E. Haslam regarding upcoming pre-trial and discussed meeting with client tomorrow and what we should cover with him." |
| 7/22/2024 | 36 | 3.1 | 852.5 | Review motions to strike Defendants' expert witness in preparation for hearing on Thursday; prepare speaking outline; review other materials. |
| 7/23/2024 | 24 | .9 | 396.0 | Meeting with Andrea N. Panozzo and Wesley E. Haslam to discuss what they need to do to prepare for pretrial conference; forward cross-examination videos to Wesley E. Haslam and Andrea N. Panozzo. |
| 7/23/2024 | 35 | 1.0 | 275.0 | "Internal meeting with Wesley E. Haslam and Brian T. Fahl about what to prepare for the pretrial and what to ask client in meeting tomorrow and how certain trial issues will occur and research that needs to be done regarding evidence and admissibility." |
| 7/23/2024 | 36 | 6.0 | 1650.0 | Research ordinary course of business exception to allow taser logs in; review source Trial Technique and Evidence in preparation for trial; review trial materials provided by Brian T. Fahl; preparation for final pretrial by reviewing motions in limine and collating materials. |
| **7/24/2024** | **35** | **3.0** | **825.0** | Telephone conference with client to again ask about lost recording and get details surrounding about it for preparation of pre-trial and was able to spark his memory of places it could be and eventually he found a copy |

BARNARD DECL. EXHIBIT F

| Date | | | | |
|---|---|---|---|---|
| | | | | and sent to us; discussed deposition transcripts and motions in limine arguments; create outline for motions in limine arguments. |
| 7/24/2024 | 36 | 5.2 | 1430.0 | Discussion with client regarding trial, preparation, and evidentiary issues; discussed missing recording with client and he was able to locate the file; sent file to opposing counsel. |
| 7/25/2024 | 24 | 1.5 | 0.0 | Attendance at Final Pretrial Conference with Andrea N. Panozzo and Wesley E. Haslam. *(No Charge)* |
| 7/25/2024 | 35 | 3.0 | 825.0 | Preparation for hearing; participated in hearing in Judge Pepper's court. |
| 7/25/2024 | 36 | 6.4 | 935.0 | Review filings, organize paperwork, and consult with team in preparation for final pretrial hearing; attend final pretrial hearing (10:00 a.m. -11:30 a.m.); discussion with team addressing court's holdings and preparation for opposition's filing regarding expert witness; review Officer Lucy Elfman's transcript. *(reduced by 3 hrs for having two attorneys at hearing)* |
| 7/26/2024 | 35 | 1.8 | 495.0 | Conference with Wesley E. Haslam to discuss admissibility of the taser logs and how to get them in through business judgment rule; go through all expert documents; send e-mail correspondence to expert to reserve her; receive email back that she was just diagnosed with a serious medical condition and had to take leave and will be unable to testify; discuss problem internally and come up with plan to ask client if he would want to move forward, ask more details from expert, and then depending on answers, move for continuance. |
| 7/26/2024 | 36 | 4.5 | 1237.5 | Discussion with Andrea N. Panozzo concerning court's approval of expert witness cost; prepare information for opposing counsel based on pretrial conference; prepare arguments against striking our expert; review depositions to provide an order for the witnesses at opposing counsel's request; received notice from our expert that she had a serious medical condition and would not be able to testify, looked into viability of a stay. |
| 7/29/2024 | 35 | .5 | 137.5 | Conference with Wesley E. Haslam regarding what to do moving forward after expert said that she is sick; discuss with Wesley E. Haslam that opposing counsel suggested trial deposition; e-mail correspondence expert to see if she is available for a phone call; talk with Wesley E. Haslam about officers' line up for testimony. |
| 7/30/2024 | 35 | .4 | 110.0 | Attempt to call expert because have not received e-mail correspondence back regarding a phone call; sent e-mail correspondence to expert with topics I want to discuss with her (her experience in preparation for the motion and possibility of trial deposition or recommendation for someone else to hire if we ask the court to push the trial date) and that I have tried calling and can't get a hold of her. |
| 7/30/2024 | 36 | 1.7 | 467.5 | Draft outlines for examinations of officers. |
| 7/31/2024 | 35 | 2.0 | 550.0 | Conference with Wesley E. Haslam to discuss case and current problems; try to call expert witness and did not get a hold of her, send her multiple e-mail correspondence; review and discuss motion to strike expert with Wesley E. Haslam and how to respond. |
| 7/31/2024 | 36 | 3.0 | 825.0 | Review motion to dismiss expert from opposing counsel; discuss with Andrea N. Panozzo; planned response, but still waiting on communications from Tina Houston (expert) to see if she can testify in some capacity. |
| 8/1/2024 | 35 | 2.3 | 632.5 | Attempt to call expert again and write questions to ask on her experience, still can't get a hold of her, discuss what to do with Wesley E. Haslam; called client with Wesley E. Haslam to update him that we have not been able to get a hold expert and if he would still want to ask to push trial if we don't get a hold of her; end up getting call from expert and having conversation about her doing a trial deposition and then conversation re: |

| Date | | | | Description |
|---|---|---|---|---|
| | | | | her experience to respond to defendants' motion to exclude her on Daubert; review stipulation drafted by Wesley E. Haslam to send to opposing counsel regarding expert trial deposition. |
| 8/1/2024 | 36 | 5.3 | 1457.5 | Telephone conference with with expert witness, research Rule 32 and draft stipulation for FRCP 32 deposition, prepare outlines for expert deposition, work with Erin E. Kandziora on deposition scheduling. |
| 8/2/2024 | 35 | 5.0 | 1375.0 | Go through all emails with expert to put into file to send to opposing counsel; go through all documents to put in file to send to opposing counsel; discuss matter and response to motion with Wesley E. Haslam; review first draft of response to motion; draft e-mail correspondence to expert to give her summary of what she can and cannot testify to based on motions in limine; review exhibit list to make sure everything is listed. |
| 8/2/2024 | 36 | 5.9 | 1622.5 | Revise stipulation, discuss with opposing counsel; arrange for trial deposition and expedited transcript; obtain profile list and begin research into jury pool; begin draft of brief in opposition to motion to exclude our expert witness. |
| 8/2/2024 | 56 | 1.5 | 337.5 | E-mail correspondence to and from Erin E. Kandziora regarding juror list; research potential jurors; assist Andrea N. Panozzo with preparation of link to expert materials. |
| 8/2/2024 | 61 | 1.5 | 300.0 | Conference with Kimberly S. Vitrano and Lee R. Grey regarding juror pool research; e-mail correspondence to Kimberly S. Vitrano and Lee R. Grey with names for search; begin researching jurors on Facebook Instagram, X, CCAP, etc. |
| 8/3/2024 | 36 | 5.2 | 1430.0 | Begin draft of brief in response to motion to strike testimony of expert; prepare outline for questions for expert Tina Houston's trial deposition; trial preparation, prepare outlines for witnesses/parties Anna Serres and Lucy Elfman. |
| 8/4/2024 | 35 | 1.0 | 275.0 | Reviewed and added details/ more indepth redlines/comments to reply to motion to exclude expert. |
| 8/5/2024 | 35 | 1.2 | 330.0 | Telephone conference with opposing counsel to discuss the links I sent her and other matters for trial plus trial deposition of expert; e-mail correspondence to expert with more questions regarding from opposing counsel; discuss what needs to be completed with Wesley E. Haslam. |
| 8/5/2024 | 36 | 4.8 | 1320.0 | Complete draft of response to motion to strike testimony of Tina Houston; trial preparation. |
| 8/5/2024 | 56 | 5.7 | 1282.5 | Research potential jurors and preparation of juror profile summary; e-mail correspondence to team with juror profiles; conference with Wesley E. Haslam regarding findings. |
| 8/5/2024 | 61 | 1.5 | 300.0 | Continue work on jury research. |
| 8/6/2024 | 35 | 2.6 | 715.0 | Conference with Wesley E. Haslam to discuss what needs to get done; create declaration for our reply to defendant's motion to exclude and make edits to our reply. |
| 8/6/2024 | 36 | 6.6 | 1815.0 | Complete draft response to defendants' motion to bar expert testimony, complete declarations; complete stipulation for FRCP 32 signed by both parties; discussion with expert; write questions for expert witness testimony; scheduled meeting with Tina Houston. |
| 8/6/2024 | 61 | 1.0 | 200.0 | Continue work on jury research. |
| 8/7/2024 | 24 | 1.8 | 792.0 | "Meeting with Andrea N. Panozzo and Wesley E. Haslam to discuss trial prep and Tina Houston's unavailability." |

BAYNARD DECL. EXHIBIT F

# WENDRICKS v. ANNA SERRES, et al., Eastern District Case No. 20-CV-1189
## Attorney's Fee Breakdown Chart

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 8/7/2024 | 35 | 9.0 | 2475.0 | Telephone conference with expert to discuss trial deposition to take place next day; review deposition transcripts of officers; discuss with Wesley E. Haslam regarding what needs to be done before trial and finalize who will question each officer; begin outlines for direct of Wendricks and review his deposition and notes with him. |
| 8/7/2024 | 36 | 10.0 | 2750.0 | Trial preparation; prepare for deposition with expert, prepare exhibits, begin outlines for witnesses, work on basic theme with Andrea N. Panozzo; prepare initial closing statements; review evidentiary rules as they pertain to the evidence of the case. |
| 8/7/2024 | 56 | 1.3 | 292.5 | Research potential jurors; e-mail correspondence to and from Erin E. Kandziora regarding same. |
| 8/8/2024 | 24 | 1.6 | 704.0 | "Review court's proposed draft venire and voir dire questions; review court order on motion to exclude testimony and related opinions." |
| 8/8/2024 | 35 | 8.0 | 2200.0 | Attendance at trial deposition of expert Tina Houston and discovery deposition of Tina Houston; ran out of time during deposition and had to make calls with expert to figure out additional scheduling; create draft motion in event unable to schedule another time to finish trial deposition to admit the testimony into evidence; continue trial prep and review of depositions and police reports. |
| 8/8/2024 | 36 | 10.6 | 1265.0 | Complete deposition preparation; meet with expert witness prior to deposition; meet with opposing counsel; opposing counsel conducted discovery deposition; conduct trial deposition; arranged for subsequent deposition and expedited transcripts due to error by court reporter; prepare witness outlines. |
| 8/8/2024 | 56 | 5.4 | 1215.0 | Research potential jurors; preparation of report on same; send report to Erin E. Kandziora. |
| 8/8/2024 | 61 | .75 | 150.0 | Conference with Wesley E. Haslam regarding trial exhibits; prepare trial exhibits. |
| 8/9/2024 | 24 | 3.6 | 1584.0 | Meeting with Wesley E. Haslam and Andrea N. Panozzo to discuss witness outlines; review evidence to be admitted; discuss the process of entering documents into evidence, how to refresh recollection and how to impeach with prior statements; review juror profiles. |
| 8/9/2024 | 35 | 7.0 | 1925.0 | Conference with Wesley E. Haslam to discuss review questions for expert testimony, and prepare for part two of trial deposition; during deposition become aware of possible problem with experience of expert; call with expert after deposition to discuss e-mail correspondence that opposing counsel brought up; research for documentation on the taser use for DLNR; discussions with Leila N. Sahar and Brian T. Fahl regarding the e-mail correspondence opposing counsel used in the trial deposition and advise on how to handle; call with client to set up meeting time before trial and ask if he has any question. |
| 8/9/2024 | 36 | 12.4 | 3410.0 | Conduct second trial deposition; review e-mail correspondence provided by opposition claiming to support expert was committing perjury; telephone call with expert, obtained a reasonable explanation; conduct cursory review of DLNR public documents; work on trial prep materials, outlines and collating evidence. |
| 8/10/2024 | 35 | 12.0 | 3300.0 | "Trial preparation; continue outlines for Wendricks direct and officer Carlson outline direct - review his deposition transcript; review video and place timestamps on certain parts of the video/audio; incorporate video into direct; incorporate taser logs into direct." |
| 8/10/2024 | 36 | 5.5 | 1512.5 | Conduct trial prep - meet with Andrea N. Panozzo, send Brian T. Fahl outlines for review, review materials and applicable rules. |

BAYNARD DECL. EXHIBIT F

# WENDRICKS v. ANNA SERRES, et al., Eastern District Case No. 20-CV-1189
## Attorney's Fee Breakdown Chart

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 8/11/2024 | 35 | 9.0 | 2475.0 | "Trial preparation; complete outline for officer Walker; received and reviewed motion from defendants regarding exclude expert testimony and discussed with Wesley E. Haslam; complete outline for opening and practice opening." |
| 8/11/2024 | 36 | 8.4 | 2310.0 | Preparation for trial; pre-trial visit with client; preparation of outlines for examinations/cross examinations. |
| 8/11/2024 | 36 | 4.1 | 1127.5 | Review motions by opposing counsel to strike expert witness based on extrinsic information; review rules cited; review brief; prepare counter-argument; pull public legislative documents impeaching the defendants' argument for their motion to strike; review deposition transcripts and compare with allegations the expert committed perjury; conclude the expert did not perjure herself. |
| 8/12/2024 | 24 | 1.6 | 704.0 | "Review and revise Andrea N. Panozzo's opening statement; Attend Jury Trial; discuss strategy with Wesley E. Haslam and Andrea N. Panozzo during breaks; discuss day 2 testimony with Andrea N. Panozzo and Wesley E. Haslam." (Reduced from 10.6 to 1.6 hours) |
| 8/12/2024 | 35 | 13.0 | 3575.0 | "Attendance at trial in Judge Pepper's court - began with discussion on recent motion and then completed voir dire, openings, officer Serres testimony, and officer Walker testimony, and officer Elfman testimony, discussed with court how rulings on objections from trial deposition should be handled; preparation for day 2 of trial - edit outline for officer Carlson and review outline for direct of Wendricks." |
| 8/12/2024 | 36 | 7.0 | 1925.0 | Attendance at first day of trial: pretrial conference addressed defendants' motion to strike and other pretrial matters; conduct voir dire and continue trial and call first two witnesses. |
| 8/12/2024 | 36 | 4.4 | 1210.0 | Preparation pre-trial with Andrea N. Panozzo; preparation during lunch break to remedy issues with exhibit presentation; after trial preparation for next day, revise outlines based on cross examinations; prepare initial closing arguments; review possible evidentiary issues with client's pending testimony. |
| 8/12/2024 | 36 | 2.0 | 550.0 | Went through entirety of expert depositions to highlight and identify objections as per request by court; send draft to opposing counsel. |
| 8/13/2024 | 24 | 1.5 | 660.0 | Review witness outlines with Wesley E. Haslam and Andrea N. Panozzo; discuss trial strategy for opposing witnesses; discuss Tina Houston testimony; get copies of transcript with highlighting e- mailed to the Court; discuss trial strategy with Andrea N. Panozzo and Wesley E. Haslam during breaks; discuss closing statement strategy with Wesley E. Haslam. (Reduced from 10.2 to 1.5 hours) |
| 8/13/2024 | 35 | 10.0 | 2750.0 | "Preparation for second day of trial and review and continue to edit outlines; attended day two of trial in Judge Pepper's court - addressed the deposition transcripts, testimony of Officer Carlson, testimony of Officer Reetz, testimony of expert Tina Houston, testimony of Terrel Wendricks; discuss strategies of closings." |
| 8/13/2024 | 36 | 15.2 | 4180.0 | Attendance at second day of trial: complete witness testimony, including read-in of deposition of expert; post-trial conference addressing various issues with objections in deposition transcripts. |
| 8/13/2024 | 56 | .3 | 67.5 | Review and revise use of force chart; conference with Wesley E. Haslam regarding same. |
| 8/14/2024 | 24 | 2.3 | 1012.0 | "Review and revise Wesley E. Haslam's opening; discuss how to argue about expert testimony; discuss giving up Serres and Reetz as liable defendants; attend instructions and closing arguments; back and forth to court for jury questions; wait for verdict." (Reduced from 9.3 to 2.3 hours) |

BAYNARD DECL. EXHIBIT F

# WENDRICKS v. ANNA SERRES, et al., Eastern District Case No. 20-CV-1189
## Attorney's Fee Breakdown Chart

| Date | # | Hours | Amount | Description |
|---|---|---|---|---|
| 8/14/2024 | 35 | 3.5 | 962.5 | "Preparation of evidence that had been admitted on flash drive to give to court; attend day three of trial in Judge Pepper's court for closings; awaited jury verdict and answered jury questions; looked into 1988 attorney's fees." (Reduced from 6.0 to 3.5 to take away time waiting for verdict) |
| 8/14/2024 | 36 | 4.3 | 1182.5 | Preparation for trial - closing statement review and practice. |
| 8/14/2024 | 36 | 2.3 | 632.5 | Attendance at day 3 of trial, closing statements; review of jury instructions; etc. |
| 8/14/2024 | 36 | .4 | 110.0 | Review of Rule 50 and 59 in anticipation of Jury verdict. |
| 8/14/2024 | 36 | 1.5 | 412.5 | Time spent answering jury questions, conferring with client, discussing post-trial procedures. |
| 8/14/2024 | 36 | 1.9 | 522.5 | Jury decision; discussion with co-counsel and client explaining what the decision means and the likely steps defendants may take. |
| 8/20/2024 | 36 | 2.7 | 0.0 | Draft petition for attorney's fees; read Farrar in it's entirety and 7th Circuit cases citing Farrar; revise brief outline. (No Charge) |
| 8/21/2024 | 36 | .7 | 0.0 | Review sample briefs for attorney fees; review court response; incorporate portions of brief into draft for present brief. (No Charge) |

BAYNARD DECL. EXHIBIT F